p. 819), decided herewith. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

NICHOLAS PETERSON, Respondent, v. RIALTO TOURIST COMPANY, INC., and DE LUXE SIGHTSEEING COMPANY, INC., Appellants. (Action No. 1.) — Judgment unanimously affirmed, with costs. Negligence was clearly proved. Defendant Rialto Tourist Company, Inc., was liable under its contract of carriage. Defendant DeLuxe Sightseeing Company, Inc., was liable in any event for the negligence of its chauffeur in his operation of the bus under the provisions of section 282-e of the Highway Law, now, as amended, section 59 of the Vehicle and Traffic Law. We regard the result as just and affirm the judgment under the provisions of section 106 of the Civil Practice Act. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

NICHOLAS PETERSON, Respondent, v. RIALTO TOURIST COMPANY, INC., and DE LUXE SIGHTSEEING COMPANY, INC., Appellants. (Action No. 2.) — Judgment unanimously affirmed, with costs, upon authority of *Peterson* v. *Rialto Tourist Co., Inc. (No. 1) (ante,* p. 819), decided herewith. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

NICHOLAS PETERSON, JR., by NICHOLAS PETERSON, His Guardian ad Litem, Respondent, v. RIALTO TOURIST COMPANY, INC., and DE LUXE SIGHTSEEING COMPANY, INC., Appellants.— Judgment unanimously affirmed, with costs, upon authority of *Peterson* v. *Rialto Tourist Co., Inc. (No. 1) (ante,* p. 819), decided herewith. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ,

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH FONTANO, Appellant.— Judgment of conviction of the Court of Special Sessions, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELMER JARVIS, Appellant.— Judgment of conviction of the County Court of Nassau county unanimously affirmed. No opinion. Present — Young, Rich, Hagarty, Seeger and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT WALCOTT, Appellant.— Judgment of conviction of the Court of Special Sessions, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER P. SMITH, Relator, v. JOSEPH A. WARREN, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of police commissioner unanimously confirmed and certiorari proceeding dismissed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

LEAH SARNA, Respondent, v. ISAAC LEAVITT and ANNA LEAVITT, Appellants.— Judgment reversed upon the law and the facts, and a new trial granted, costs to appellants to abide the event. There was no proof that defendants ever took possession of the property in question. The presumption is that the sheriff legally performed his duty in levying and selling under the execution. Plaintiff did not prove that the proper postings were not had. Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ., concur.